FILED
SUPERIOR COURT
OF GUAM

2019 JUN 24 PM 4: 39

CLERK OF COURT

BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| KEVIN JOHN JACKSON.,<br><br>                             Plaintiff,<br><br>vs.<br><br>NICOLE MARIE TOVES,<br><br>                            Defendant. | Superior Court Case No. <u>DM0140-19</u><br><br><br>**DECISION AND ORDER<br>RE<br>SUFFICIENCY OF SUMMONS** |

Plaintiff Kevin J. Jackson filed a Complaint for Custody and Visitation on March 21, 2019. Jackson concurrently prepared a Summons directed to Defendant Nicole M. Toves which stated that she must "file and serve" an Answer within 20 days. Summons (Mar. 21, 2019). Jackson then filed an Amended Summons directing Toves to serve an Answer within 30 days (but made no reference to filing an Answer). Am. Summons (Mar. 26, 2019). Thereafter, Jackson filed a Second Amended Summons which directed Toves to serve an Answer within 30 days.[1] (Apr. 4, 2019).

The Court permitted Jackson to publish and mail the Second Amended Summons. Order Publication and Mailing Second Am. Summons (Apr. 11, 2019). The Second Amended Summons and Complaint were mailed to Toves on April 25, 2019, and published on April 17, 2019. Aff. Mailing (Apr. 25, 2019); Decl. Publication (Apr. 25, 2019). Toves has not answered or entered an appearance, and the time to do so has expired. The Clerk has entered default

---

[1] It appears the Second Amended Summons corrected a reference in the Amended Summons to the cause of action being a divorce.

## ORIGINAL

against Toves. Req. Enter Default and Entry Default (June 10, 2019). Jackson's counsel also represented that he has not received any Answer from Toves, and had he received such an Answer, he would have filed it with the Court. Minute Entry (June 19, 2019). Jackson now asks for entry of default judgment.

Prior to considering default judgment, the Court first clarifies whether the language of the Second Amended Summons--directing Toves to serve an Answer, but making no mention of filing an Answer--is sufficient. Guam Rule of Civil Procedure 4(a) requires that a Summons "shall . . . state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint." The Guam Rules of Civil Procedure's Appendix contains a form Summons which does not contain language instructing a defendant to "file" an Answer. Rather, the language employed in Jackson's Second Amended Summons mirrors the Rules' language directing a defendant to serve the Answer. Since the Rules Committee found that language sufficient to satisfy Rule 4(a) requirements, the Court accepts the Second Amended Summons as sufficient.

Because the Summons is sufficient, default was properly entered against Toves. Jackson may submit a proposed default judgment within 14 days of this Order.

SO ORDERED this 24th day of June 2019.

**HON. ELYZE M. IRIARTE**
**Judge, Superior Court of Guam**

Appearing Attorneys:
James F. Baldwin from Micronesian Legal Services Corporation for Kevin Jackson

ORIGINAL